UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAJID KARIMI,

              Petitioner,

        v.

JOSHUA JOHNSON ET AL.,

              Respondents

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-01970-FWS-AYP

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" ("Petition"), Respondents' Return to the Petition, and all of the records herein, including the May 8, 2026 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). Respondents have stated they "are not presenting an opposition argument at this time. Should the Court enter relief, judgment may be entered, and consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the

General Order, no more filings or proceedings will be necessary in this matter." (Dkt. No. 10 at 2.) The Court construes this statement as a waiver of their right to file objections. The Court approves and accepts the Report and Recommendation.

**IT IS HEREBY ORDERED** that (1) the Petition is **GRANTED**; and (2) the Clerk shall enter Judgment accordingly.

**IT IS SO ORDERED.**

Dated: May 14, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2.