JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAJID KARIMI,

                Petitioner,

      v.

JOSHUA JOHNSON ET AL.,

                Respondents.

) Case No. 5:26-cv-01970-FWS-AYP
)
) JUDGMENT
)
)
)
)
)
)
)
)
)
)

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is **GRANTED**; and (2) the Clerk shall enter Judgment accordingly.

**IT IS SO ADJUDGED.**

Dated: May 14, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE